UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                         No. 04-73405

v.                                 District Judge Arthur J. Tarnow
                                   Magistrate Judge R. Steven Whalen

PAUL MACK,

    Defendant.
_____/

**ORDER TO CLARIFY**

On November 14, 2016, Plaintiff file a Motion to Vacate Satisfaction of Judgment [Doc. #37]. Plaintiff states that on February 12, 2014, it "received a payment in the amount of $960.00 by way of the offset of the Defendant's federal income tax return," paying the judgment in full. *Motion*, ¶ 2. The Plaintiff then states that about 11 months later, on or about January 13, 2015, "the sum of $960.00 was returned to the Defendant, leaving a balance owing of $1,016.32...." *Id*. ¶ 4.

Because Plaintiff uses the passive voice in ¶ 4, it is unclear who "returned" $960.00 to the Defendant, why the funds were returned, and how this is related to the payment in full that was made in February of 2014.

Therefore, IT IS ORDERED that within 21 days of the date of this Order, Plaintiff must supplement its motion to clarify the factual and legal basis that supports its motion.

                                            s/R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Dated: April 26, 2017

**CERTIFICATE OF SERVICE**

      I hereby certify on April 26, 2017, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants.

                                        s/Carolyn Ciesla
                                        Case Manager to
                                        Magistrate Judge R. Steven Whalen